IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DESSIE RUSSELL LONAS,

    Plaintiff,

v.

MS. FOSTER. et al.,

    Defendants.

ORDER

Case No. 16-cv-752-jdp

---

DESSIE RUSSELL LONAS,

    Plaintiff,

v.

JUDGE GREISBACH. et al.,

    Defendants.

ORDER

Case No. 16-cv-780-jdp

---

After plaintiff filed these cases, this court entered orders assessing plaintiff initial partial payments of the filing fee for each case, which plaintiff has paid. Plaintiff has been making monthly installment payments since then. Now, plaintiff has submitted a motion for an order directing prison officials to combine the collection of the filing fees for these cases into a single 20% installment per month or to pay the remaining balance for the 16-cv-780 case from his release account.

Under the Prison Litigation Reform Act, an inmate who files lawsuits in federal court under the *in forma pauperis* statute must pay the $350 filing fee(s), first by making an initial partial payment and then by sending the remainder of the fee(s) to the court in installments of 20% of the preceding month's income for each case, in accordance with 28 U.S.C. § 1915(b)(2). This court is bound by the provisions of the Prison Litigation Reform Act and

has no discretion to modify this method or to exempt any part of plaintiff's income from withholding. Accordingly, his motion will be denied.

ORDER

IT IS ORDERED that plaintiff Dessie Russell Lonas's motion for an order directing prison officials to combine the 20% monthly installment collection of the filing fees for each of these cases or to collect the remaining balance for the 16-cv-780 case from his release account is DENIED.

Entered this 29th day of March, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge