IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DESSIE RUSSELL LONAS,

     Plaintiff,

                                              Case No. 16-cv-752-jdp

  v.

SCOTT A. HOFTIEZER, JAMES GREER,
DAVID BURNETT, MARY MUSE, AND
ERIN LEITZ,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.


| /s/ | 09/17/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |